

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:17cr188 |
| ) | |
| SHAHEEN SARIRI, ) | |
| ) | |
| Defendant ) | |

## ORDER

On December 19, 2017, following the return of an Indictment, SHAHEEN SARIRI (hereinafter "the defendant") entered a plea of guilty pursuant to a written plea agreement. The defendant pleaded guilty to Count 10 of the Indictment. In exchange for his plea of guilty, the United States now moves to dismiss Counts 11 through 19 of the August 24, 2017 Indictment as that Indictment relates to this defendant.

The Government's Motion to Dismiss is hereby GRANTED, and it is ordered and adjudged that Counts 11 through 19 of the August 24, 2017 Indictment be and are DISMISSED as to this defendant.

This order is entered on this 19th day of December, 2017.

/s/
_____
Leonie M. Brinkema
United States District Judge