

**Vendor (1099):** AMSC LLC.
**Address:** 44275 ARAPAHO TERRACE
ASHBURN VA 20147
**Vendor ID:** 108383
**Total:** $16,748.50

I certify that the services were provided as documented and the invoice is accurate.

I certify that the services are appropriately documented as received and that the invoiced amounts are correctly calculated and appropriately charged. I also certify that the expenditure is necessary to the conduct of the business on behalf of the Commonwealth.

_____  03/17/16
Contractor Signature        Date

Shahalo Sann
Print Name

_____  3/17/16
Signature VDOT              Date

Kenneth Adams
Print Name

| | |
|---|---|
| **Vendor (1099):** | AMZ INC (#2) |
| **Address:** | 4441 GEORGE MASON BLVD #250 |
| | FAIRFAX, VA 22030 |
| **Vendor ID:** | 115519 |
| **Total:** | $20,358.50 |

I certify that the services were provided as documented and the invoice is accurate.

I certify that the services are appropriately documented as received and that the invoiced amounts are correctly calculated and appropriately charged. I also certify that the expenditure is necessary to the conduct of the business on behalf of the Commonwealth.

_____  3-17-16
Contractor Signature          Date

Amir Azarakhshi
Print Name

_____  3/17/16
Signature VDOT              Date

Kenneth Adams
Print Name