UNCLASSIFIED

**DRAFT TRANSCRIPT**

File Number:   194A-WF-5825686
Transcriber:   Michael James Lasut
Source File Information:
    Name of Audio File:   1D75, Session 93
    Date:   11/24/2015
    Time   2:16 PM
    Duration:   7 min 26 sec
    Target Number:   202-734-0599
    Direction, Number:   OG to 703-362-2010

**Participants:**
(CHS) – Confidential Human Source
(SS) – Shaheen "Shane" (SS)


(SS): Yes sir.

(CHS): Whats going on man, how you doing?

(SS): Doing alright brother. How you doing?

(CHS): I'm doing alright. Hey man I wanted to thank you man, you know, for that yesterday. I really appreciate that man.

(SS): Hey, no problem man.

(CHS): You know I really appreciate that. Hey, I wanted to ask you something. Hey, you um, you looking for any drivers?

. . .

(CHS): Okay. Alright. Hey man, another thing man, I know, ah, I know what Andy said yesterday, um, I don't know, I mean, because I, I, don't, you know, want it to seem like, you know, like he, like he, you know, like he, cause everything need to be fair.

(SS): Right.

(CHS): Across the board. You know what I mean. So what did he say, five? Five percent? Ten percent? What did he say?

(SS): I think he said ten.

UNCLASSIFIED

(CHS): Okay, alright. I just want to make sure, you know what I mean, cause you know, you know, sometime he can get a little crazy, you know.

(SS): Yeah. Yeah.

. . .

(CHS): Keep him out of your business. Okay man I just wanted to man call you and thank you man. You know I appreciate that.

(SS): Hey, no problem man, I appreciate you calling me.

(CHS): This time of year, you know, this time of year anyway, you know, that comes in handy, you know.

(SS): Absolutely. Absolutely. I know all about it man . I know all about capitalism. Believe me.

(CHS): Right. Okay man you have a good one. Talk to you later.

(SS): Alright brother. I'll talk to you. Later.