UNCLASSIFIED

File Number: 194A-WF-5825686  
Transcriber: Kimberly Bonarski  
Source File Information:

    Name of Video File: 1D26 – Session 10  
    Date: 2/24/2016  
    Time: 1:07 pm  
    Duration: 33 min 23 sec

    Name of Video File: 1D26 – Session 11  
    Date: 2/24/2016  
    Time: 1:41 pm  
    Duration: 34 min 58 sec

**Participants:**  
(CHS) – Confidential Human Source  
(AW) – Andy Willie  
(SS) – Shane Sariri

Session 10:

10:10  
(Order food)

AW says he wants to get some body work done on his personal vehicles.

. . .

(SS and AW sign invoices)

. . .

21:17  
(Food delivered)

21:30  
AW: Let's get down to business. Now, tell me if I'm wrong, you know, we agreed, each contract ten percent right, yeah? Okay. That's all I need to know.  
SS: The only, only difficulty I'm gonna have is, obviously pulling everything out, um there's tax ramifications with that. So obviously I'm pulling everything out little by little by little by little. But, you know, the agreement's the agreement. That's what we gonna stick by.  
AW: Okay.  
SS: Obviously it would have been, I don't want to go that route, it would have been easier, like, if there were some other company, for me to write checks and shit, but that's in the way… With what I feel is going on, with a snitch and all that kinda stuff, I want to steer away from leaving any sort of like paper trail.

UNCLASSIFIED

AW: Paper trail. I see.
SS: I told you I got a phone call from the mother fucking cops about that mother fucker so.
CHS: The police called you about him?
SS: The police called me, yes sir.

(CHS answers a phone call about staying late)

23:20
CHS: I mean the police actually called you…
SS: Yes sir, yes sir. I told you one time the State Police fucking showed up to the shop. That's when he was actually slapping fucking inspection stickers on everybody's goddamn truck, and he did it under my name. UI back then. But they didn't do nothing to me, cause they said, before we come out and we talk to anybody and before we go back to him, we do all our investigating, we been here several times and you haven't been here. He's not supposed to do nothing. So that was years ago.
CHS: Right.
SS: Fast forward to now, there's all sorts of shit. Who put inspection stickers on trucks that DOT is saying is unsafe for the roads? My response is, I don't know cause I don't know what the fuck he's doing.
CHS: Right.
SS: But here is the way I look at it Andy, when someone is saying why is this truck on the road? Who's putting this inspection sticker. They're also gonna be like, who's inspecting these mother fucking vehicles at VDOT?

. . .

AW: I'm telling you. You gotta be smart man.
SS: When I get contacted. It kinda freaked me out when I got contacted. I already know the, it's been started, it's already there. Now what they are doing with it, who's gonna, that I don't know. They created a cop, ya'll probably know. After everything that happened with him and the service contract, and a couple other people too messing with shit, they created a position with Fairfax County Police, that's a VDOT liaison position. This one cat was hired just to interact with VDOT.
CHS: Yeah, yeah. We met him.
SS: You met him before.


13:40

. . .

AW: When is the first payment gonna be?
SS: Soon as I get it from the State. I'll get it. I haven't gotten it yet. Ya'll know when that's coming?
CHS: Nah.
AW: I was in a meeting yesterday. They said that you should have it on the first or the second.

SS: Okay.
AW: If it's not there, call me.
SS: Okay.
AW: I'll see if I'll be able run it down. It's actually thirty days after. I know you're good for it.
SS: Uh hu.
AW: And we'll continue working the same way next year.
SS: Absolutely.
AW: (UI) keep our shit tight.
SS: And it's only gonna get better, you know, I'm keeping what I did next year, what I did last year. Stuff's that's getting into trouble, out, in with the new.
AW: Yeah.
SS: I don't want trouble. I don't want to fucking be getting calls at 3 o'clock in the morning, this ain't working, that ain't working. That's..


15:03

. . .

AW: Okay Shane. Pleasure man.
SS: Alright brother, yeah, always.
AW: I love you.
SS: I'll see ya'll.
AW: The invoice, be ready by the first too.
SS: The first?
AW: (UI) but they haven't printed it off yet.
SS: Okay.
CHS: Always a pleasure thank you for lunch.
SS: Yeah no problem man.
CHS: Appreciate it man.