File Number:   194A-WF-5825686  
Transcriber:   Kimberly Bonarski  
Source File Information:  
    Name of Video File:   1D35, Session 1  
    Date:   03/25/2016  
    Time:   11:30 am  
    Duration:   36 min 2 sec  

    Name of Video File:   1D35, Session 2  
    Date:   03/25/2016  
    Time:   12:06 pm  
    Duration:   2 min 35 sec  

**Participants:**  
(CHS) – Confidential Human Source  
(AW) – Andy Willie  
(SS) – Shane Sariri  

Session 1:

24:18  
AW gets in SS's car.

AW: I don't know if I'm a get into this fancy ride, man. Shit. Damn.  
SS: Some pussy might come your way sitting over here.  
CHS: What's going on?  
SS: Not too much. You got your, you got your company, right?  
AW: Yeah.  
SS: Same one?  
AW: Yeah, but I don't have a bank account for it.  
SS: You don't have a bank account for it.  
AW: Uh-uh.  
SS: Cause of what happened with the dude? With your partner?  
AW: Yeah, um.  
SS: Can you open one?  
AW: Well, I can get my sister to open one.  
SS: That'd be even better.  
AW: Okay. Let me talk with her.  
SS: Cause, what I can do then. It would be a lot easier for me. Cause right now I'm kinda at a limit, where I can get like ten a week. It will take for fucking the whole summer, obviously, you know, to do that.  
AW: Right.  
SS:  You know, take like a month and a half, two months.  
AW: Uh hu.  
SS: Whereas, if I get, I've got different projects that I work on, right?  
AW: Uh hu.

SS: I've got four, three or four different properties, as you all know, that I've already kinda done stuff with.
AW: Right, right.
SS: So what I can do, umm, you've done my fence, you've done my deck, you've done a bunch of shit for me. And each property is a separate account as far as my company's concerned.
AW: Um hu.
SS: And I gotta pay the man that does the work, so it makes life a lot easier. Not just now, moving forward, you know.
AW: Right. What I'll do is get with my sister this weekend.
SS: Okay.
AW: Cause she's got a, she's got a catering business.
SS: Now, I deal with caterers too, cause we got fucking company functions.
AW: Um hu.
SS: We got all sorts of shit that we do.
AW: Yeah let me get with her this weekend and get her to open up an account.
SS: What I'll do, so this one, I thought you might already have it. I got ten here. I'll give, it, I'll split it between you guys then, and then when you get that set up, what I'll do is I'll deal with him maybe the same way, unless you got another way, you think about something too.
CHS: Same way, I mean, I'm fine, you can put it in there.
AW: Yeah. Yeah.
SS: That be, you know we can do it that way. That work? Cool?
CHS: Yeah, you can put it right in there I mean ain't no.
SS: One for you. One for you.
AW: Alright.
CHS: So there's five thousand?
SS: Yessir.
CHS: Okay, alright.
AW: Alright yeah I'll get with.
SS: Cause that, it kinda limits me, cause as you know, all the flagging and shit.
AW: Oh yeah.
CHS: Right.
SS: And even with these, I was smart, you'll notice two different envelopes, I pulled it out of two different places.
CHS: Right. Right.
SS: It'll avoid some time and headache if I can just do it that way.
CHS: Okay.
AW: Let me get with my sister this weekend. I'll get back with you next week.
SS: Cool.
AW: We'll hook up for lunch.
SS: Alright.
CHS: I'll see you, I'm gone man.
SS: Alright brother.
AW: (CHS) is going out of town.
SS: Oh yeah, yeah, that's right.
AW: I'll be in touch with you.
SS: Cool yeah give me a call.