











Case 1:17-cr-00188-LMB   Document 160-10   Filed 03/02/18   Page 6 of 8 PageID# 1789



