# EXHIBIT 12
# Three (3) Audio Files

File Names (with Bates numbers):

(1) Clip of Nov. 24, 2015 recorded phone call (1D-0005046)
(2) Clip of Feb. 24, 2016 recorded meeting at Outback (1D-0002506)
(3) Clip of Mar. 25, 2016 recorded meeting in Giant parking lot (1D-0003079)

*** Exhibit 12 Will Be Produced on DVD and Provided to the Clerk's Office, the Probation Office, and Defense Counsel Pursuant to this Court's Feb. 28, 2018 Order (Dkt. No. 156) ***